DIANE L. PERRONE *v.* MICHAEL C. PERRONE
(14569)

Dupont, C. J., and Foti and Heiman, Js.

Submitted on briefs November 6—decision released November 28, 1995

*Judith C. Benedict* and *Daniel S. Fabricant* filed a brief for the appellant (plaintiff).

*Robert P. Hanahan* filed a brief for the appellee (defendant).

PER CURIAM. The judgment is affirmed.